# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1436
Lower Tribunal No. 2021-CA-002173

_____

NICOLE SANFILIPPO, individually and as Parent and Natural Guardian of M.P., a minor,

Appellant,

v.

CARLTON ARMS OF WINTER HAVEN, LLC,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Jennifer A. Swenson, Judge.

November 10, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.


Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellant.

Alyssa M. Reiter, of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED